## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| A MATTER OF TIME, INC. d/b/a | § | |
| DOGOLOGIE, | § | CIVIL ACTION NO. 1:22-CV-00358 |
|     *Plaintiff*, | § | |
| | § | JURY TRIAL REQUESTED |
| v. | § | |
| | § | |
| RONALD B. RICE, d/b/a | § | |
| DOGOLOGY and DOGOLOGY 101, | § | |
|     *Defendant.* | § | |
| | § | |

## UNOPPOSED MOTION FOR ENTRY OF AGREED FINAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, A Matter of Time, Inc. d/b/a Dogologie, by and through its undersigned counsel, hereby moves for entry of the Agreed Final Order previously filed with this Court, Dkt. 7, filed on June 16, 2022. All parties and their attorneys have agreed to entry of a final judgment and have executed the Agreed Final Order.

Dated: July 8, 2022.

                                               Respectfully submitted,

                                               /s/ Charles W. Hanor
                                               Charles W. Hanor
                                               Texas Bar No. 08928800

                                               Ayesha M. Malik
                                               Texas Bar No. 24118449

                                               HANOR LAW FIRM PC
                                               750 Rittiman Road
                                               San Antonio, Texas 78209
                                               Telephone: (210) 829-2002
                                               trademarks@hanor.com

                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned counsel for Plaintiff, do hereby certify that on this day, July 8, 2022, a true and correct copy of the foregoing was served by email to all counsel of record via the Court's CM/ECF electronic filing system.

> Anthony M. Verna III, Esq.
> VERNA LAW, P.C.
> 80 Theodore Fremd Ave.
> Rye, NY 10580
> Phone:  914-908-6757
> anthony@vernalaw.com
>
> *Attorneys for Defendant*

/Charles W. Hanor/_____
Charles W. Hanor