IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| A MATTER OF TIME, INC. d/b/a DOGOLOGIE, | § § § § | |
| Plaintiff, | § § | |
| v. | § | 1:22-CV-358-RP |
| RONALD B. RICE, d/b/a DOGOLOGY and DOGOLOGY 101, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On this date, the Court entered the parties' settlement agreement. (Dkt. 9). Per that agreement, the Court will retain jurisdiction over the matter only as it pertains to disputes arising out of enforcement of the settlement agreement. (*Id.* at 4). As nothing further remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 11, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE